# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRONTIER CONTRACTING, INC., et al., | CASE NO. CV F 11-1590 LJO DLB |
| Plaintiffs, | **ORDER TO DISMISS DEFENDANT** |
| vs. | (Doc. 13.) |
| ALLEN ENGINEERING CONTRACTOR, INC., et al., | |
| Defendants. | |

Based on the plaintiffs' notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES this action with prejudice as to defendant Viligant Insurance Company only. The clerk is direct not to close this action.

IT IS SO ORDERED.

**Dated:   November 17, 2011**          /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE