| | |
|---|---|
| 1 | SCOTT L. STEEVER (SBN 180189) |
| 2 | LANAHAN STEEVER & ANDERSON LLP<br>Attorneys at Law |
| 3 | 600 Bicentennial Way, Suite 300<br>Santa Rosa, California  95403 |
| 4 | Telephone:  (707) 524-4200<br>Facsimile:  (707) 523-4610 |

Attorneys for Plaintiff
FRONTIER CONTRACTING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRONTIER CONTRACTING, INC.,<br>UNITED STATES GOVERNMENT,<br><br>            Plaintiffs,<br><br>    v.<br><br>ALLEN ENGINEERING CONTRACTOR,<br>INC., SAFECO INSURANCE COMPANY OF<br>AMERICA, VIGILANT INSURANCE<br>COMPANY, and DOES 1-50<br><br>            Defendant. | CASE NO.:  1:11-CV-01590-LJO-DLB<br><br><br>STIPULATION TO ALLOW FILING OF<br>SECOND AMENDED COMPLAINT AND<br>ORDER THEREON |

This stipulation is entered into by and between the parties, through their respective counsel as follows:  Plaintiff Frontier Contracting, Inc. by its counsel Scott L. Steever of Lanahan Steever & Anderson, LLP, Allen Engineering Contracting, Inc., by its counsel Branden Timboe of Bruckner & Walker LLP, and Vigilant Insurance Company, by its counsel Wayne Walton of Chubb Group.

It is hereby stipulated that plaintiff may file a Second Amended Complaint that is identical to the present, Amended Complaint, except that Liberty Mutual Insurance Company shall be added as a defendant.

It is further stipulated that plaintiff will execute a dismissal with prejudice in favor of Vigilant Insurance Company.

In addition, the parties further stipulate that each defendant who has not yet answered, may

-1-

answer or otherwise respond to the Second Amended Complaint with reference to the names set forth in the Second Amended Complaint and may do so in lieu of responding to the Complaint or Amended Complaint.

Lastly, it is stipulated that defendant Vigilant Insurance will not be required to answer the Complaint or Amended Complaint and that no default shall be taken against it.

Dated:  11/16/2011              LANAHAN STEEVER & ANDERSON LLP

/s/
Scott L. Steever
Attorneys for Plaintiff Frontier Contracting, Inc.

Dated:  11/11/2011              BRUCKNER & WALKER LLP

/s/
Branden Timboe
Attorneys for Defendants Allen Engineering Contracting, Inc. and Safeco Insurance Co.

Dated: 11/09/2011              /s/
Wayne Walton
Chubb Group, In-house Counsel for Defendant Vigilant Insurance Co.

ORDER

IT IS SO ORDERED.

Dated:  **November 17, 2011**          /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE

-2-