SCOTT L. STEEVER, SBN 180189
LAURA M. DUNST, SBN 251672
LANAHAN STEEVER & ANDERSON LLP
Attorneys at Law
100 B Street, Suite 320
Santa Rosa, CA 95401
Telephone:  (707) 524-4200
Facsimile:  (707) 523-4610

Attorney for Plaintiff
Frontier Contracting, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRONTIER CONTRACTING, INC., UNITED STATES GOVERNMENT,<br><br>                    Plaintiffs,<br><br>        v.<br><br>ALLEN ENGINEERING CONTRACTOR, INC., SAFECO INSURANCE COMPANY OF AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, and DOES 1-50<br><br>                    Defendant. | CASE NO.:  1:11-CV-01590-LJO-DLB<br><br>**STIPULATION AND ORDER RE CONTINUANCE OF MOTION TO DISMISS FILED 12/9/2011** |

It is hereby stipulated by and between the parties hereto, through their counsel herein, that the hearing on DEFENDANT'S FRCP RULE 12(b)(6), AND RULE 12(e) MOTION TO DISMISS AND SEVER be continued to a later date no sooner than February 20, 2012, before the Honorable Dennis L. Beck, in Department 9, of this Court at 9:00 a.m.

The parties further stipulation that discovery shall be stayed, including initial disclosures pursuant to of FRCP Rule 26 until after such hearing.

Date:  _____                LANAHAN STEEVER & ANDERSON LLP

_____
Laura M. Dunst
Attorneys for Plaintiff

*(left margin, vertical)* LANAHAN STEEVER & ANDERSON LLP
600 BICENTENNIAL WAY, SUITE 300
SANTA ROSA, CALIFORNIA 95403
(707) 524-4200 TELEPHONE
(707) 523-4610 FACSIMILE

1  Date: _____          BRUCKNER & WALKER LLP

2

3                             _____
                              Branden Timboe
4                             Attorneys for Defendants

5

6                                     ORDER

7        Based on the parties' stipulation, this Court:

8        1.   VACATES the January 13, 2012 hearing on defendants' F.R.Civ.P. 12 and F.R.Civ.P.
              21 motions;
9

10       2.   ORDERS plaintiff, no later than February 6, 2012, to file and serve papers to respond to
              defendants' F.R.Civ.P. 12 and F.R.Civ.P. 21 motions;
11

12       3.   ORDERS defendants, no later than February 13, 2012, to file and serve reply papers for
              their motions; and
13

14       4.   STAYS discovery and FRCP 26 disclosures pursuant to the above agreement.

15            Pursuant to its practice, this Court will consider defendants' motions on the record
              without a hearing, pursuant to Local Rule 230(g).
16

17  IT IS SO ORDERED.

18     Dated:  __December 21, 2011__          ____/s/ Lawrence J. O'Neill__
                                              UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

**LANAHAN STEEVER & ANDERSON LLP**
600 BICENTENNIAL WAY, SUITE 300
SANTA ROSA, CALIFORNIA 95403
(707) 524-4200 TELEPHONE
(707) 523-4610 FACSIMILE