SCOTT L. STEEVER, SBN 180189
LAURA M. DUNST, SBN 251672
LANAHAN STEEVER & ANDERSON LLP
Attorneys at Law
100 B Street, Suite 320
Santa Rosa, CA 95401
Telephone: (707) 524-4200
Facsimile: (707) 523-4610

JOHN E. BORBA, SBN 169463
BORBA FRIZZEL KERNS, P.C.
50 Old Courthouse Square, Suite 201
Santa Rosa, CA 95404
Telephone: (707) 578-7000

Attorneys for Plaintiff
Frontier Contracting, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRONTIER CONTRACTING, INC., UNITED STATES GOVERNMENT,<br><br>Plaintiffs,<br><br>v.<br><br>ALLEN ENGINEERING CONTRACTOR, INC., SAFECO INSURANCE COMPANY OF AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, and DOES 1-50<br><br>Defendants.<br><br>_____<br>AND RELATED COUNTER CLAIM. | CASE NO.: 1:11-CV-01590-LJO-DLB<br><br>STIPULATION AND ORDER RE EXTENSION OF TIME TO FOR PLAINTIFFS/CROSS-DEFENDANTS FRONTIER CONTRACTING, INC. TO RESPOND TO CROSS COMPLAINT FILED BY DEFENDANTS/CROSS-CLAIMANTS |

**STIPULATION AND ORDER RE EXTENSION OF TIME FOR PLAINTIFFS/COUNTER-DEFENDANTS FRONTIER CONTRACTING, INC. TO RESPOND TO DEFENDANTS' COUNTER COMPLAINT**

Plaintiffs and Cross-Defendants FRONTIER CONTRACTING, INC. ("Plaintiffs") on the one hand, and Defendants and Counter-Complainants ALLEN ENGINEERING CONTRACTING, INC., SAFECO INSURANCE COMPANY OF AMERICA, and LIBERTY MUTUAL ("Defendants") on the other hand, through their respective counsel hereby stipulation and agree as follows:

WHEREAS, Plaintiffs filed a Complaint in the instant court on September 20, 2011;

WHEREAS, Defendants filed an Answer in the instant court on December 9, 2011;

WHEREAS, Defendants filed a Counterclaim on March 5, 2012; and,

WHEREAS, Plaintiffs were served with such Counterclaim on March 5, 2012,

WHEREAS, Plaintiffs and Defendants, by stipulation under Local rules 143 and 144, extend Plaintiffs deadline to respond to the counter complaint for twenty-eight (28) days to Monday, April 23, 2012.

THEREFORE, the parties herein, through counsel, stipulate that Plaintiffs' deadline to respond to the counter claim filed March 5, 2012, is extended to April 23, 2012.

LANAHAN STEEVER & ANDERSON LLP

Date: _____     /s/ Laura M. Dunst_____
                     Laura M. Dunst
                     Attorneys for Plaintiffs

Date: _____     BRUCKNER & WALKER, LLP

                     /s/ Branden L. Timboe_____
                     Branden L. Timboe
                     Attorneys for Defendants

1  Plaintiffs deadline to respond to the counter complaint be extended for twenty-eight
2  (28) days to Monday, April 23, 2012.

IT IS SO ORDERED.

Dated:   **April 4, 2012**                              /s/ *Dennis L. Beck*
                                                    UNITED STATES MAGISTRATE JUDGE