BRUCKNER & WALKER, LLP
William L. Bruckner SBN 132677
Branden L. Timboe SBN 246866
4550 Kearny Villa Road, Suite 209
San Diego, California 92123
(858) 565-8300 telephone
(858) 565-0813 facsimile

Attorneys for Allen Engineering Contractor, Inc., Safeco Insurance Company of America, and Liberty Mutual Insurance Company

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRONTIER CONTRACTING, INC., UNITED STATES GOVERNMENT,<br><br>Plaintiff,<br><br>v.<br><br>ALLEN ENGINEERING CONTRACTOR, INC., SAFECO INSURANCE COMPANY OF AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, and DOES 1-50,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 1:11-CV-01590-LJO-DLB<br><br>STIPULATION TO CONTINUE DATES BASED UPON MEDICAL EMERGENCY; AND ORDER THEREON |

The parties herein, FRONTIER CONTRACTING, INC. ("FRONTIER"), ALLEN ENGINEERING CONTRACTING, INC. ("ALLEN"), SAFECO INSURANCE COMPANY OF AMERICA ("SAFECO"), and LIBERTY MUTUAL INSURANCE COMPANY ("LIBERTY"), by and through their respective counsel hereby stipulate and agree as follows:

WHEREAS, FRONTIER filed a Complaint in the above captioned court on September 20, 2011;

WHEREAS, ALLEN filed a Counterclaim on March 5, 2012;

WHEREAS, a Scheduling Conference was held on April 9, 2012.

WHEREAS, a Scheduling Order was issued on April 12, 2012.

WHEREAS, on July 27, 2012, ALLEN served interrogatories and requests for inspection and production of documents on FRONTIER.

WHEREAS, on August 21, 2012, SAFECO and LIBERTY served interrogatories on FRONTIER; and SAFECO served requests for inspection and production of documents on FRONTIER.

WHEREAS, on October 5, 2012, ALLEN served on FRONTIER notices of depositions and demand for production of documents for FRONTIER employees, Tracy Chaykin, Jason Crumbley, and Arthur Vollert to take place on November 7, 8, and 9, 2012.

WHEREAS, on October 11, 2012, ALLEN, SAFECO, and LIBERTY filed a motion to compel responses to their respective, interrogatories and requests for inspection and production of documents.

WHEREAS, on or about October 22, 2012, counsel for FRONTIER, Scott Steever, Esq., contacted ALLEN, SAFECO, and LIBERTY's counsel and advised that due to a medical condition he would no longer be able to represent FRONTIER.  Mr. Steever advised that he would be meeting with FRONTIER's co-counsel, John Borba, Esq., to discuss the best manner in which for this litigation to proceed.

WHEREAS, on November 5, 2012, Mr. Steever contacted ALLEN, SAFECO, and LIBERTY's counsel and advised that Mr. Borba would represent FRONTIER in this litigation and that Mr. Steever must withdraw due to medical necessity.

WHEREAS, a Mandatory Settlement Conference is set for November 26, 2012.

BASED UPON THE FOREGOING THE PARTIES STIPULATE AS FOLLOWS:

1) ALLEN, SAFECO, and LIBERTY's Motion to Compel discovery responses set for hearing on November 9, 2012, shall be vacated;

2) FRONTIER will serve responses and produce documents responsive to ALLEN, SAFECO, and LIBERTY's respective interrogatories, and requests for inspection and production no later than November 20, 2012;

3)	FRONTIER agrees that it will not oppose a Second Amended Counterclaim asserting claims against a new party, Tracy Chaykin;

4)	The depositions of FRONTIER employees, Tracy Chaykin, Jason Crumbley, and Arthur Vollert are continued to 30 days after FRONTIER responds to all of ALLEN, SAFECO, and LIBERTY's respective interrogatories, and requests for inspection and production of documents; and

5)	The discovery deadline is continued to June 1, 2013;

6)	The non-dispositive motion deadline is continued to June 14, 2013;

7)	The dispositive motion deadline is continued to July 16, 2013;

8)	The mandatory settlement conference is continued to July 18, 2013;

9)	The pre-trial conference is continued to August 16, 2013;

10)	The trial date is continued to September 23, 2013; and

11)	The depositions of FRONTIER employees, Tracy Chaykin, Jason Crumbley, and Arthur Vollert are continued to 30 days after FRONTIER responds to all of ALLEN, SAFECO, and LIBERTY's respective interrogatories, and requests for inspection and production of documents.

Dated:  November 14, 2012	Respectfully submitted,

BRUCKNER & WALKER, LLP


s/William L. Bruckner
William L. Bruckner
Attorneys for Defendants and
Counterclaimant

Dated:  November 14, 2012	LANAHAN STEEVER & ANDERSON LLP


s/ Scott Steever
Scott Steever, Esq.
Attorneys for Plaintiff and
Counterdefendant

STIPULATION TO CONTINUE DATES

**ORDER**

The Court ORDERS that the Scheduling Order previously issued in this action be amended as follows:

1) The discovery deadline is June 1, 2013;

2) The non-dispositive motion filing deadline is June 14, 2013;

3) The non-dispositive motion hearing deadline is July 12, 2013;

4) The dispositive motion filing deadline is July 16, 2013;

5) The dispositive motion hearing deadline is September 4, 2013

6) The settlement conference is July 18, 2013 at 10:00 a.m.;

7) The pre-trial conference is continued to October 23, 2013 at 8:30 a.m.;

8) The trial date is continued to December 10, 2013 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **November 16, 2012**               /s/ Dennis L. Beck
                                                                      UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE DATES