**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRONTIER CONTRACTING, INC., | CASE NO. CV F 11-1590 LJO SAB |
| Plaintiff, | New Case No. CV F 11-1590 GSA |
| vs. | **ORDER OF REFERENCE AND REASSIGNMENT TO MAGISTRATE JUDGE** (Doc. 74.) |
| ALLEN ENGINEERING CONTRACTOR, INC., et al., | |
| Defendants. / | |
| AND RELATED CROSS-ACTION. / | |

    The parties to this action have file a stipulation to consent to jurisdiction of United States Magistrate Judge Gary S. Austin. Thus, on the basis of good cause, this action is reassigned to U.S. Magistrate Judge Gary S. Austin for all further proceedings, including trial and entry of judgment, in accordance with 28 U.S.C. § 636(c) and F.R.Civ.P. 73(c). All further papers shall bear the new case number **CV F 11-1590 GSA**.

    The parties are to contact Judge Austin's chambers to address resetting dates to accommodate the parties' and Judge Austin's calendars.

    U.S. District Judge Lawrence J. O'Neill will take no further action in this case.

IT IS SO ORDERED.

Dated:  **May 30, 2013**        /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE