# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

FRONTIER CONTRACTING, INC.,

                Plaintiff,

    vs.

ALLEN ENGINEERING CONTRACTOR,
INC., et al.,

              Defendants.

_____/

AND RELATED CROSS-ACTION.

_____/

CASE NO. CV F 11-1590 LJO SAB
**New Case No. CV F 11-1590 GSA**

**ORDER OF REFERENCE AND
REASSIGNMENT TO MAGISTRATE JUDGE**
(Doc. 74.)

The parties to this action have file a stipulation to consent to jurisdiction of United States Magistrate Judge Gary S. Austin. Thus, on the basis of good cause, this action is reassigned to U.S. Magistrate Judge Gary S. Austin for all further proceedings, including trial and entry of judgment, in accordance with 28 U.S.C. § 636(c) and F.R.Civ.P. 73(c). All further papers shall bear the new case number **CV F 11-1590 GSA**.

The parties are to contact Judge Austin's chambers to address resetting dates to accommodate the parties' and Judge Austin's calendars.

U.S. District Judge Lawrence J. O'Neill will take no further action in this case.

IT IS SO ORDERED.

**Dated:   May 30, 2013**          **/s/  Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

1