Ali Salamirad (SBN 209043)
SALAMIRAD MORROW P.C.
19200 Von Karman Ave., Suite 400
Irvine, California  92612
Telephone:  949-477-8068
Facsimile:   949-477-8069
as@salamiradmorrow.com

Attorneys for Defendants
SAFECO INSURANCE COMPANY OF AMERICA, LIBERTY MUTUAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRONTIER CONTRACTING, INC., UNITED STATES GOVERNMENT,<br><br>Plaintiff,<br><br>v.<br><br>ALLEN ENGINEERING CONTRACTOR, INC., SAFECO INSURANCE COMPANY OF AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, and DOES 1-50,<br><br>Defendants. | Case No.  1:11-CV-01590-LJO-SAB<br><br>Honorable Magistrate Judge Gary S. Austin<br><br>**ORDER ALLOWING SECOND AMENDED ANSWERS TO SECOND AMENDED COMPLAINT BY DEFENDANTS SAFECO INSURANCE COMPANY OF AMERICA AND LIBERTY MUTUAL INSURANCE COMPANY** |

///
///
///
///
///
///

IT IS HEREBY ORDERED that, Defendants SAFECO INSURANCE COMPANY OF AMERICA AND LIBERTY MUTUAL INSURANCE COMPANY may file second amended answers to the second amended complaint in the above-captioned matter pursuant to stipulation of the parties in the case on February 12, 2014. (Doc. 90).

IT IS SO ORDERED.

Dated:   **February 14, 2014**             **/s/ Gary S. Austin**
                                                                     UNITED STATES MAGISTRATE JUDGE