UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRONTIER CONTRACTING INC,; UNITED STATES GOVERNMENT[1], <br><br>Plaintiffs, <br><br>v. <br><br>ALLEN ENGINEERING CONTRACTOR, INC.; SAFECO INSURANCE COMPANY OF AMERICA; LIBERTY MUTUAL INSURANCE, and DOES 1-50, <br><br>Defendants. <br>_____ <br>ALLEN ENGINEERING CONTRACTOR, INC.; <br><br>Counter –Claimant, <br><br>v. <br><br>FRONTIER CONTRACTING, INC., <br><br>Counter-Defendants. | Prior Case No. : 1:11-cv-01590 GSA <br><br>New Case No. : 1:11-cv-01590 MJS <br><br><br><br>**ORDER REASSIGNING CASE** <br><br>**Doc. 111** |

On May 30, 2014, this action was assigned to Magistrate Judge Gary S. Austin for all purposes pursuant to the parties' stipulation. Docs. 74, 75. The parties subsequently stipulated to participate in a settlement conference with Judge Austin and to reassign the action to Magistrate

---

[1] The Complaint filed by Frontier Contracting Inc., improperly lists the United States as a party. However, the United States has never made an appearance in this action.

1

Judge Michael J. Seng for trial and related proceedings.  Doc. 111.  Each party has also separately consented to the jurisdiction of a magistrate judge over this action.  Docs. 114, 115, 116.  Therefore, good cause appearing, the Clerk of Court is directed to reassign this action to Magistrate Judge Michael J. Seng for all further proceedings, including trial and entry of judgment, in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73(c).  Other than conducting the settlement conference set for February 2, 2015, Judge Austin will take no further action in this case.  All future filings shall bear the new case number: 1:11-cv-01590 MJS.

IT IS SO ORDERED.

Dated:   **October 20, 2014**                **/s/ Gary S. Austin**
                                                                                UNITED STATES MAGISTRATE JUDGE