# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRONTIER CONTRACTING, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ALLEN ENGINEERING CONTRACTOR, INC., et al.,<br><br>　　　　　Defendants. | Case No.  1:11-cv-01590-MJS<br><br>ORDER FOLLOWING SETTLEMENT CONFERENCE VACATING DATES AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>SIXTY DAY DEADLINE |

The Court conducted a settlement conference in this action on March 4, 2015, during which the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED;

2. The parties shall file dispositional documents within sixty days from the date of service of this order; and

3. The parties are advised that the Court is available should any issues regarding the settlement arise prior to the filing of the dispositional documents.  If the need arises, the parties are directed to contact the Court's Courtroom Clerk, Mamie Hernandez.

IT IS SO ORDERED.

Dated:  **March 4, 2015**　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE