UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRONTIER CONTRACTING, INC., et al., | Case No. 1:11-cv-01590-MJS |
| Plaintiffs, | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO OBEY ORDER UPON SETTLEMENT |
| v. | |
| ALLEN ENGINEERING CONTRACTOR, INC., et al., | (ECF No. 128.) |
| Defendants. | FOURTEEN (14) DAY DEADLINE |

Plaintiffs filed this action on September 20, 2011. On March 4, 2015, a settlement conference was held before Magistrate Judge Stanley A. Boone. Settlement was reached, terms and conditions of settlement were placed on the record, and pending dates were vacated. (ECF Nos. 127 & 128.) The parties were ordered to file dispositional documents within sixty (60) days. (ECF No. 128.) The deadline to file the documents has passed without such documents, or a request for an extension of time, being filed.

A failure to file dispositional documents on the date prescribed by the Court may be grounds for sanctions. Fed. R. Civ. P. 11, 16; Local Rules 110, 160. Here, the parties have not responded to the Court ordered deadline for filing dispositional documents.

1

Accordingly, it is HEREBY ORDERED THAT:

Within fourteen (14) days of service of this Order, counsel for the parties shall show cause why sanctions should not be imposed for failure to file dispositional documents upon settlement by the date prescribed by the Court.

IT IS SO ORDERED.

Dated:   May 12, 2015              /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE