1  John E. Borba, Esq. [SBN: 169463]
   Kristen Frizzell Kerns, Esq. [SBN: SBN 221384]
2  Borba Frizzell Kerns, P.C.
   50 Old Courthouse Square, Ste. 201
3  Santa Rosa, CA 95404
   (707) 578-7000
4  (707) 578-7003 Fax

5
   Attorneys for Plaintiff and Counter-Defendant
6  Frontier Contracting, Inc.

7                      UNITED STATES DISTRICT COURT

8                     EASTERN DISTRICT OF CALIFORNIA

9

10 FRONTIER CONTRACTING, INC., UNITED     )
   STATES GOVERNMENT,                     )  Case No.: 1:11-CV-01590-MJS
11                                         )
          Plaintiffs,                      )
12                                         )  STIPULATION FOR DISMISSAL OF
          v.                               )  ENTIRE ACTION PURSUANT TO
13                                         )  SETTLEMENT AND ORDER
   ALLEN ENGINEERING CONTRACTOR, INC.,    )  THEREON
14 SAFECO INSURANCE COMPANY OF            )
   AMERICA, LIBERTY MUTUAL INSURANCE      )
15 COMPANY, DOES 1-50                     )
                                          )
16        Defendants._____/     )
                                          )
17 ALLEN ENGINEERING CONTRACTOR, INC.,    )
                                          )
18                 Counter-Claimant,       )
                                          )
19 v.                                      )
                                          )
20 FRONTIER CONTRACTING, INC.,            )
                                          )
21                 Counter-Defendants,     )
   _____)

22

23        The parties herein, AVCON CONSTRUCTORS, INC., formerly known as FRONTIER

24 CONTRACTING, INC. ("AVCON" OF "FRONTIER"), ALLEN ENGINEERING

25 CONTRACTING, INC. ("ALLEN"), SAFECO INSURANCE COMPANY OF AMERICA

26 ("SAFECO"), and LIBERTY MUTUAL INSURANCE COMPANY ("LIBERTY"), by and

27 through their respective counsel submit the following stipulate to dismissal with prejudice of this

28

                                          1

1   entire action pursuant to Fed. R. Civ. P. 41(a), and subject to the terms and conditions of the

2   parties' written Settlement Agreement, and the following recitals:

3                                              **RECITALS**

4          WHEREAS, on or about September 20, 2011, AVCON commenced an action in the United

5   States District Court for the Eastern District of California captioned *Frontier Contracting, Inc.,*

6

7   *United States Government v. Allen Engineering Contractor, Inc., Safeco Insurance Company of*

8   *America*, *Vigilant Insurance Company*, case number 1:11−CV−01590−LJO −DLB (the "Action");

9          WHEREAS, on or about October 6, 2011, AVCON filed an amended complaint for

10  damages against ALLEN, SAFECO and Vigilant Insurance Company in the Action;

11         WHEREAS, on or about November 18, 2011, AVCON filed a second amended complaint

12  for damages against ALLEN, SAFECO and LIBERTY in the Action;

13

14         WHEREAS, on or about March 5, 2012, ALLEN filed a counterclaim for damages against

15  AVCON in the Action;

16         WHEREAS, on or about May 22, 2012, ALLEN filed an amended counterclaim for

17  damages against AVCON in the Action;

18
19         WHEREAS, the Parties deny any responsibility and/or liability to each other regarding the

20  allegations in the Action;

21         WHEREAS, on March 4, 2015, the parties participated in a settlement conference, during

22  which the parties reached a settlement agreement to avoid the expense and burden of further

23  dispute and current and future litigation, and for the other considerations;

24
           WHEREAS, the agreement was subsequently reduced to writing and executed by all parties
25
26  and their respective counsel.

27

28

**STIPUTLATION AND CONSENT FOR DISMISSAL OF ENTIRE ACTION PURSUANT TO SETTLEMENT**

**STIPULATION**

The parties herein, by and through their respective counsel hereby stipulate to dismissal with prejudice of this entire action pursuant to Fed. R. Civ. P. 41(a), and subject to the terms and conditions of the parties' Settlement Agreement.  The Court is respectfully asked to retain jurisdiction to enforce the Settlement Agreement in this action.

Each Party shall bear its own respective costs, expenses, and fees, including without limitation, attorney's fees and costs, consultant and/or expert fees, arising out of and/or related to the Action, except as set forth in the executed settlement agreement.

Respectfully submitted,

Dated:  May 13, 2015                              BORBA FRIZZELL KERNS, P.C.

/s/ Kristen Frizzell Kerns

_____
Kristen Frizzell Kerns
Attorneys for Plaintiff and
Counterdefendant FRONTIER CONTRACTING,
INC.

THE BRUCKNER LAW FIRM

/s/ William L. Bruckner

_____
William L. Bruckner
Attorneys for Defendant and
Counterclaimant ALLEN ENGINEERING
CONTRACTOR, INC.

SALAMIRAD MORROW P.C.

/s/ Ali Salamirad

_____
Ali Salamirad
Attorneys for Defendants SAFECO INSURANCE
COMPANY OF AMERICA, LIBERTY MUTUAL
INSURANCE

3

STIPUTLATION AND CONSENT FOR DISMISSAL OF ENTIRE ACTION PURSUANT TO SETTLEMENT

**ORDER**

1

2

3       Good cause appearing, the above STIPULATION FOR DISMISSAL OF ENTIRE

4   ACTION PURSUANT TO SETTLEMENT AND ORDER THEREON in  Case No.: 1:11-CV-

5   01590-MJS, is accepted.  The action shall be dismissed, although the Court will retain jurisdiction

6   to enforce the terms of the settlement if and as appropriate.

7

8   IT IS SO ORDERED.

9

10      Dated:   May 19, 2015              /s/ *Michael J. Seng*

11                                      UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPUTLATION AND CONSENT FOR DISMISSAL OF ENTIRE ACTION PURSUANT TO SETTLEMENT